# ORIGINAL

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED ... ... ...RT
U.S.... ...
NOV - 3 2004
LUTHER ... ...S Clerk
By ... ...
... Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL INDICTMENT |
| | NO. |
| MALIK KARIMI | |
| MANSOOR KARIMI | ~~UNDER SEAL~~ |
| SUGAR BEAR, INC. | |
| HENRICO MK, LLC | |
| BOULEVARD C-STORE, INC. | |
| CENTURY MK, LLC | **1:04-CR-555** |
| SYNERGY PETROLEUM MK, LLC: | |
| | |
| RITU RAO | |
| ROZINA JIVAN | |
| | |
| VISHWANATH RAO | |
| DARVEE BUSINESS SERVICES, | |
| LLC | |
| | |
| RAFIQ DEVJI | |
| SHOP SERVICES, INC. | |
| STATION SERVICES, INC. | |
| | |
| AMANULLAH DEVJI | |
| AAAIR, INC. | |
| | |
| HABIBULLAH HEMANI | |
| KHM, INC. | |
| | |
| NAWZ SHARIF | |
| OVERSEAS ENTERPRISES, INC. | |
| | |
| LONY AHSAN | |
| NAZMUL AHSAN | |
| J.F.R., LLC | |

-1-

```
SYED HOSSAIN              :
FFBE, LLC                 :
  (a/k/a FEBE, LLC)       .
                          :
ABDUL HAMID               :
CONTINENTAL CRAFT USA,    :
INC.                      :
                          :
SAMAD SHAIKH              :
IN TRADECO, INC.          :
  (a/k/a INTRADECO, INC.) :
                          :
SHEZAD ISMAIL             :
MALLS, LLC
```

       Defendants.        :

THE GRAND JURY CHARGES THAT.

### COUNT ONE

#### Conspiracy To Commit Offense
#### 18 U.S.C. 371

1.   Beginning as early as October 1999 and continuing until
the present date, in the Northern District of Georgia and
elsewhere, the individual defendants, MALIK KARIMI, MANSOOR KARIMI,
RITU RAO, ROZINA JIVAN, VISHWANATH RAO, RAFIQ DEVJI, AMANULLAH
DEVJI, HABIBULLAH HEMANI, NAWZ SHARIF, LONY AHSAN, NAZMUL AHSAN,
SYED HOSSAIN, ABDUL HAMID, SAMAD SHAIKH, and SHEZAD ISMAIL, and the
corporate defendants SUGAR BEAR, INC., HENRICO MK, LLC, BOULEVARD
C-STORE, INC., CENTURY MK, LLC, SYNERGY PETROLEUM MK, LLC, DARVEE
BUSINESS SERVICES, LLC, STATION SERVICES, INC., SHOP SERVICES,
INC., AAAIR, INC., KHM, INC., OVERSEAS ENTERPRISES, INC., J.F.R.,
LLC, FFBE, LLC a/k/a FEBE, LLC,  CONTINENTAL CRAFT USA, INC , IN
TRADECO, INC. a/k/a INTRADECO, INC., and MALLS, LLC, did combine,

conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown to the Grand Jury to commit the following offense for commercial advantage and private financial gain: to encourage and induce aliens to reside in the United States, knowing and in reckless disregard of the fact that such residence in the United States is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### **Background**

2. At all times relevant to this Indictment:

A. Defendants, MALIK KARIMI, MANSOOR KARIMI, RITU RAO, and ROZINA JIVAN (hereinafter referred to as the KARIMI ORGANIZATION) owned and operated defendant corporation SUGAR BEAR, INC., HENRICO MK, LLC, BOULEVARD C-STORE, INC., CENTURY MK, LLC, AND SYNERGY PETROLEUM MK, LLC, currently located at 1990 Lakeside Parkway, Suite 230, Tucker, Georgia.  Through these businesses, defendants MALIK KARIMI and MANSOOR KARIMI own eleven (11) gas station/convenience stores in the metro-Atlanta area.

B. Defendant RITU RAO worked as a Director of Operations for the KARIMI ORGANIZATION from approximately November 1999 to June 2004.

C. Defendant ROZINA JIVAN worked for the KARIMI ORGANIZATION as an office clerk from sometime before October

-3-

1999 to the date of this Indictment.  ROZINA JIVAN was promoted to the position of Director of Operations in June 2004.

D.  From in or about August 2003 until June 2004, defendant VISHWANATH RAO  operated a gas station/convenience store as DARVEE BUSINESS SERVICES, LLC, on behalf of the KARIMI ORGANIZATION.

E. From in or about January 1997, defendant RAFIQ DEVJI leased and operated gas station/convenience stores as STATION SERVICES, INC., and SHOP SERVICES, INC., from the KARIMI ORGANIZATION

F. From in or about May 2000, defendant AMANULLAH DEVJI leased and operated a gas station/convenience store as AAAIR, INC., from the KARIMI ORGANIZATION.

G. From in or about April 2000, defendant HABIBULLAH HEMANI owned and operated gas station/convenience stores as KHM, INC., from the KARIMI ORGANIZATION.

H. From in or about April 2000, defendant NAWZ SHARIF leased and operated a gas station/convenience store as OVERSEAS ENTERPRISES, INC , from the KARIMI ORGANIZATION.

I  From in or about January 2000, LONY AHSAN and NAZMUL AHSAN leased and operated a gas station/convenience store as J.F.R., LLC, from the KARIMI ORGANIZATION

J.  From in or about September 2000, defendant SYED

-4-

HOSSAIN leased and operated a gas station/convenience store as FFBE, LLC a/k/a FEBE, LLC, from the KARIMI ORGANIZATION.

K. From in or about October 2003, defendant ABDUL HAMID leased and operated a gas station/convenience store as CONTINENTAL CRAFT USA, INC., from the KARIMI ORGANIZATION

L. From in or about August 2002, defendant SAMAD SHAIKH leased and operated a gas station/convenience store as IN TRADECO, INC. a/k/a INTRADECO, INC., from the KARIMI ORGANIZATION.

M. From in or about June 2004, defendant SHEZAD ISMAIL operated a gas station/convenience store as MALLS, LLC, on behalf of the KARIMI ORGANIZATION.

### Objects and Purposes of the Conspiracy

3.   The objects and purposes of this conspiracy were that the defendants MALIK KARIMI, MANSOOR KARIMI, RITU RAO, ROZINA JIVAN, VISHWANATH RAO, RAFIQ DEVJI, AMANULLAH DEVJI, HABIBULLAH HEMANI, NAWZ SHARIF, LONY AHSAN, NAZMUL AHSAN, SYED HOSSAIN, ABDUL HAMID, SAMAD SHAIKH, and SHEZAD ISMAIL, and the corporate defendants SUGAR BEAR, INC., HENRICO MK, LLC, BOULEVARD C-STORE, INC., CENTURY MK, LLC, SYNERGY PETROLEUM MK, LLC, DARVEE BUSINESS SERVICES, LLC, STATION SERVICES, INC., SHOP SERVICES, INC., AAAIR, INC., KHM, INC., OVERSEAS ENTERPRISES, INC., J.F.R., LLC, FFBE, LLC a/k/a FEBE, LLC, CONTINENTAL CRAFT USA, INC., IN TRADECO, INC. a/k/a INTRADECO, INC., and MALLS, LLC, would and did:

-5-

A.   Accept, solicit, and recruit undocumented alien workers, and individuals believed by the defendants to be undocumented alien workers, for employment in the United States;

B.   Receive unfair commercial advantage and private financial gain by employing undocumented alien workers.

### Manner and Means

4.   The charged conspiracy was accomplished by the following means, among others, and in the following manner:

A.   It was part of the conspiracy that the KARIMI ORGANIZATION, would enter into business agreements with the Lessee defendants, to lease the gas station/convenience store sites.  Often the defendant Lessees would inherit a labor pool from the KARIMI Organization comprised of lawfully and unlawfully employed workers;

B.   It was further part of the conspiracy that the defendants and their co-conspirators would entice illegal aliens to become part of the work force by requiring little or no documentation of legal work status in the United States;

C.   It was further part of the conspiracy that the defendants and their co-conspirators would employ illegal aliens to work in the gas station/convenience stores without requiring them to present documents establishing identity and employment eligibility, as required by law.   The defendants

-6-

would either pay undocumented alien workers on a cash-only basis, without documenting their employment, or document them with fraudulent or invalid Social Security Numbers.  These employment measures were to taken to generate labor cost savings and to avoid detection of undocumented alien employees by local, state and Federal law enforcement officials. Typically, undocumented alien workers were worked in excess of 40 hours per week and not compensated for overtime labor at the required time and one-half rate; and

    D.  The Lessees, defendants VISHWANATH RAO, RAFIQ DEVJI, AMANULLAH DEVJI, HABIBULLAH HEMANI, NAWZ SHARIF, LONY AHSAN, NAZMUL AHSAN, SYED HOSSAIN, ABDUL HAMID, SAMAD SHAIKH, and SHEZAD ISMAIL, realized financial gain through non-payment of mandatory overtime compensation, employer-share taxes and employee benefits.  The KARIMI ORGANIZATION realized financial gain in the form of lease payments from the Lessee defendants.

### Overt Acts

    5. In furtherance of the conspiracy, and in order to effect the purposes and objects thereof, the individual defendants, MALIK KARIMI, MANSOOR KARIMI, RITU RAO, ROZINA JIVAN, VISHWANATH RAO, RAFIQ DEVJI, AMANULLAH DEVJI, HABIBULLAH HEMANI, NAWZ SHARIF, LONY AHSAN, NAZMUL AHSAN, SYED HOSSAIN ABDUL HAMID, SAMAD SHAIKH, and SHEZAD ISMAIL, and the corporate defendants SUGAR BEAR, INC., HENRICO MK, LLC, BOULEVARD C-STORE, INC., CENTURY MK, LLC, SYNERGY

PETROLEUM MK, LLC, DARVEE BUSINESS SERVICES, LLC, STATION SERVICES, INC., SHOP SERVICES, INC., AAAIR, INC., KHM, INC., OVERSEAS ENTERPRISES, INC., J.F.R., LLC, FFBE, LLC a/k/a FEBE, LLC, CONTINENTAL CRAFT USA, INC., IN TRADECO, INC. a/k/a INTRADECO, INC., and MALLS, LLC, and others, committed overt acts in the Northern District of Georgia and elsewhere, including but not limited to the following:

A.    On or about June 5, 2004, a confidential informant (hereinafter CI-1) entered the Chevron gas station located at 1105 Holcomb Bridge Road, Roswell, Georgia, posing as an undocumented alien in search of employment. Upon entering the station, CI-1 spoke with defendant SHEZAD ISMAIL. Defendant SHEZAD ISMAIL arranged employment for CI-1 as a clerk at the gas station for $7.00 per hour. CI-1 began working at the Chevron station on June 8, 2004

B.    On or about June 15, 2004, CI-1 began working at the KARIMI Organization Headquarters located at 1990 Lakeside Parkway, Suite 230, Tucker, Georgia. CI-1 also worked several hours each week at the Chevron station. From on or about June 15, 2004, to the date of this Indictment, CI-1 was paid in cash by defendant SHEZAD ISMAIL, at the rate of $8.00 per hour. CI-1 has never been compensated at rate of time and one-half for weekly labor in excess of 40 hours.

C.    On or about July 26, 2004, defendant MALIK KARIMI

-8-

contacted a confidential informant (hereinafter CI-2) for the purpose of employing CI-2 as a clerk in a gas station owned by the defendant.  Despite being told by CI-2 that he did not have documents authorizing employment in the United States, defendant MALIK KARIMI arranged employment for CI-2.

D.   On or about July 27, 2004, CI-2 began working at the Chevron located at 1105 Holcomb Bridge Road, Roswell, Georgia. CI-2 was paid in cash by defendant SHEZAD ISMAIL, at the rate of $8.00 per hour.  CI-2 has never been compensated at rate of time and one-half for weekly labor in excess of 40 hours.

E    On or about August 16, 2004, defendant MALIK KARIMI directed CI-1 to contact a confidential informant (hereinafter CI-3) for the purpose of employing CI-3 as a clerk in a gas station owned by the defendant

F.   On August 20, 2004, CI-3 began working at the Chevron located at 1105 Holcomb Bridge Road, Roswell, Georgia. CI-4 is paid in cash by defendant SHEZAD ISMAIL, at the rate of $6.00 per hour.  CI-3 has never been compensated at rate of time and one-half for weekly hours in excess of 40 hours.

All in violation of Title 18, United States Code, Section 371.

### COUNTS 2 - 18

### Encouraging and Inducing Illegal Aliens
### 8 U.S.C. 1324(a)(1)(A)(iv)

6.   The Grand Jury repeats and re-alleges paragraphs 1 through 5 of this Indictment as if fully set forth herein.

7. In or about the dates listed-below, in the Northern District of Georgia and elsewhere, the defendants, MALIK KARIMI, MANSOOR KARIMI, and the below-listed defendants, aided and abetted by each other and others known and unknown to this Grand Jury, and for the purpose of commercial advantage and private financial gain, encouraged and induced the aliens listed-below, to reside in the United States, by employing the alien by the corporate defendant listed-below, knowing and in reckless disregard of the fact that such residence in the United States was and would be in violation of law:

| Count | Date the Illegal Alien Employed | Defendant and Defendant-Company Employing the Illegal Alien | Illegal Alien's Initials and Country of Birth |
|---|---|---|---|
| 2 | June 2004 | J.F.R., LLC, and LONY AHSAN and NAZMUL AHSAN | N.A., Bangladesh |
| 3 | June 2000 | SUGAR BEAR, INC., MALIK KARIMI and MANSOOR KARIMI | A.A., Pakistan |
| 4 | December 2000 | BOULEVARD C-STORE, INC., MALIK KARIMI and MANSOOR KARIMI | R.R., India |
| 5 | June 2002 | SHOP SERVICES, INC., RAFIQ DEVJI | R.D., Pakistan |
| 6 | June 2004 | STATION SERVICES, INC., RAFIQ DEVJI | H.P , Pakistan |
| 7 | March 2002 | AAAIR, INC., AMANULLAH DEVJI | R.G., Pakistan |
| 8 | December 2002 | SHOP SERVICES, INC., RAFIQ DEVJI | S.L., India |
| 9 | June 2004 | DARVEE BUSINESS SERVICES, LLC, VISHWANATH RAO | K.D., Senegal |
| 10 | September 2002 | KHM, INC., HABIBULLAH HEMANI | H.H., Bangladesh |
| 11 | June 2004 | FFBE, LLC (a/k/a FEBE, LLC), SYED HOSSAIN | O.D., Haiti |
| 12 | June 2004 | OVERSEAS ENTERPRISES, | A.H., Bangladesh |

| Count | Date the Illegal Alien Employed | Defendant and Defendant-Company Employing the Illegal Alien | Illegal Alien's Initials and Country of Birth |
|---|---|---|---|
|  |  | INC., NAWZ SHARIF |  |
| 13 | June 2004 | CONTINENTAL CRAFT USA, INC., ABDUL HAMID | A.H., Bangladesh |
| 14 | May 2004 | IN TRADECO, INC., SAMAD SHAIKH | G.H., Bangladesh |
| 15 | June 2004 | SUGAR BEAR INC., MALIK KARIMI and MANSOOR KARIMI | V.K., India |
| 16 | June 2004 | MALLS, LLC, SHEZAD ISMAIL | V.K., India |
| 17 | July 2004 | MALLS, LLC, SHEZAD ISMAIL | I.G., Mexico |
| 18 | August 2004 | MALLS, LLC, SHEZAD ISMAIL | H.B., Mexico |

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), and 1324(a)(1)(A)(v)(II).

## FORFEITURE PROVISION

Upon conviction of one or more of the offenses alleged in Counts One through Eighteen of this Indictment, defendants MALIK KARIMI; MANSOOR KARIMI, SUGAR BEAR, INC.; HENRICO MK, LLC; BOULEVARD C-STORE, INC.; CENTURY MK, LLC; SYNERGY PETROLEUM MK, LLC; RITU RAO; ROZINA JIVAN; VISHWANATH RAO; DARVEE BUSINESS SERVICES, LLC; RAFIQ DEVJI; SHOP SERVICES, INC.; STATION SERVICES,INC.; AMANULLAH DEVJI; AAAIR, INC.; HABIBULLAH HEMANI; KHM, INC.; NAWZ SHARIF; OVERSEAS ENTERPRISES, INC.; LONY AHSAN; NAZMUL AHSAN; and J.F.R., LLC, shall forfeit to the United States pursuant to 18 U.S.C 982(a)(6), all conveyances used in the commission of the offense; all property real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offense; and all

-11-

property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense, including but not limited to the following:

1.  MONEY JUDGMENT

A sum of money equal to the amount of proceeds obtained as a result of the offense and the value of property used to facilitate the offense.

2.  REAL PROPERTY

a.  The real property located at 580 McDonough Boulevard, Atlanta, Georgia  30315;

b.  The real property located at 575 Chappell Road, Atlanta, Georgia  30318;

c.  The real property located at 356 Boulevard NE, Atlanta, Georgia 30312;

d.  The real property located at 350 Moreland Avenue, NE, Atlanta, Georgia 30307;

e.  The real property located at 1111 Moreland Avenue, SE, Atlanta, Georgia  30316;

f.  The real property located at 2331 Peachtree Road, Atlanta, Georgia  30305;

g.  The real property located at 2964 Moreland Avenue, SE, Conley, Georgia  30288;

h.  The real property located at 4556 E. Ponce de Leon Avenue, Decatur, Georgia 30030;

i.  The real property located at 475 Windy Hill Road,

-12-

Marietta, Georgia  30060;

j.   The real property located at 1105 Holcomb Bridge Road, Roswell, Georgia  30076;

k.   The real property located at 486 E. Ponce de Leon Avenue, Atlanta, Georgia  30308,

l    The real property located at 2590 Windwood Court, Atlanta, Georgia 30360;

m.   The real property located at 4555 Bradstone Trace NW, Lilburn, Georgia 30047;

n.   The real property located at 4315 Camellia Ridge Way SW, Lilburn, GA 30047;

o.   The real property located at 3104 Clemson Place, Lawrenceville, Georgia 30043;

p.   The real property located at 4508 Lyngate Drive SW, Lilburn, Georgia 30047;

q.   The real property located at 4070 Bradstone Trace, N.W., Lilburn, GA 30047.

3.   BANK ACCOUNTS

a.   Fidelity National Bank Account Number 00062430 held in the name of SHOPE SERVICES, INC.;

b.   BB&T Bank Account Number 5145269662 held in the name of AAAIR CORP, INC.;

c.   Fidelity National Bank Account Number 00065411 held in the name of AAAIR, INC.;

d.   Main Street Bank Account Number 00130674 held in the name

of MORELAND AVENUE D/B/A SHOP SERVICES, INC.,

e.   Main Street Bank Account Number 00193177 held in the name of AAAIR INC. D/B/A AMOCO FOOD SHOP;

f.   Fidelity National Bank Account Number 1033950 held in the name of J.F.R. LLC;

g.   Wachovia Bank Account Number 13841997 held in the name of INTRADECO, INC.;

h.   Bank of America Account Number 3260392230 held in the name of CONTINENTAL CRAFT USA, INC.;

i.   Fidelity National Bank Account Number 1035325 held in the name of FFBE LLC;

j.   Fidelity National Bank Account Number 1037327 held in the name of J.F.R , LLC;

k.   Wachovia Bank Account Number 12904082 held in the name of OVERSEAS ENTERPRISES INC.;

l.   Fidelity National Bank Account Number 1038328 held in the name of J.F.R., LLC D/B/A CHEVRON FOOD MART;

m.   Wachovia Bank Account Number 2000129040499 held in the name of OVERSEAS ENTERPRISES, INC.,

n.   Fidelity National Bank Account Number 1034071 held in the name of J.F.R., LLC;

o.   Main Street Bank Account Number 123612 held in the name of KHM, INC. D/B/A AMOCO FOOD MART;

p.   Bank of America Bank Account Number 000480152604 held in the name of MALLS, LLC;

-14-

q.   Fidelity National Bank Account Number 1031310, held in the name of HENRICO MK, LLC;

r.   Fidelity National Bank Account Number 1039208 held in the name of MALLS, LLC;

s.   Main Street Bank Account Number 00123604 held in the name of KHM, INC. D/B/A AMOCO CLARKSTON;

t.   Fidelity National Bank Account Number 1031904 held in the name of CHAPPELL MK, LLC,

u.   Fidelity National Bank Account Number 6009459 held in the name of BOULEVARD C-STORE, INC.;

v.   Fidelity National Bank Account Number 1038570 held in the name of APEX MK, LLC.

w.   Fidelity National Bank Account Number 1036040 held in the name of CENTURY MK, LLC;

x.   Fidelity National Bank Account Number 1038581 held in the name of SYNERGY PETROLEUM, LLC;

y.   Trustmark National Bank Account Number 0427906301 held in the name of DELTA MK, LLC D/B/A DELTA TRAVEL CENTER;

z.   Fidelity National Bank Account Number 1032905 held in the name of SUGAR BEAR, INC,

aa.  Fidelity National Bank Account Number 51837 held in the name of SUGAR BEAR, INC.;

bb.  Fidelity National Bank Account Number 11074838 held in the name of MALIK KARIMI and Shela KARIMI;

cc   Fidelity National Bank account number 11060010 held in

the name of MANSOORALI KARIMI and Noorjehan M. KARIMI;

dd. Wachovia Bank Account Number 1010079263634 held in the name of MANSOORALI KARIMI;

ee. Wachovia Bank Account Number 1000360675747 held in the name of MALIK KARIMI and Shela M. KARIMI;

ff. SunTrust Bank Account Number 8816509023 held in the name of VISHWANATH B RAO or RITU RAO;

gg. SouthTrust Bank Account Number 45034522 held in the name of MANSOORALI J. KARIMI and Noorjehan M. KARIMI;

hh. SunTrust Bank Account Number 8842159132 held in the name of VISHWANATH B  RAO or RITU RAO;

ii Fidelity National Bank Account Number 10122018 held in the name of RAFIQ DEVJI; and

jj. SouthTrust Bank Account Number 74370312 held in the name of SHEZAD ISMAIL.


4. INVESTMENT ACCOUNTS AND LIFE INSURANCE POLICIES

a. New York Life Insurance Policy Number 44038780, held in the name of MALIK M. KARIMI;

b. New York Life Insurance Policy Number 43998796 held in the name of MALIK KARIMI;

c. New York Life Insurance Policy Number 46305147 held in the name of RAFIQ DEVJI;

d. New York Life Insurance Policy Number 47370076 held in

the name of RAFIQ R. DEVJI;

e.   Saloman, Smith and Barney Corporation Brokerage Account
     Number 410-26557 held in the name of MALIK KARIMI; and

f.   Saloman, Smith and Barney Corporation Brokerage Account
     Number 410-26563 (hereafter called Smith Barney Brokerage
     Account Number 410-26563) held in the name of MANSOORALI
     J KARIMI and Noorjehan M KARIMI.

A _____ BILL

                                FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
404.581.6009
(Georgia Bar No. 121760)

BJAY PAK
ASSISTANT UNITED STATES ATTORNEY
404.581.6272
(Georgia Bar No  559457)

JENNY R. TURNER
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring Street, S W.
Atlanta, GA 30303
404.581.6084
404.581.6181 (facsimile)
(Georgia Bar No.719439)

-17-