IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : NO. 1:04-CR-00555 |
| MALIK KARIMI, MANSOORALI KARIMI, | : |
| SUGAR BEAR, INC., HENRICO MK, LLC, | : |
| SYNERGY PETROLEUM MK, LLC, CENTURY | : |
| MK, LLC, BOULEVARD C STORE, INC., | : |
| | : |
| Defendants. | |

**MOTION FOR JURY QUESTIONNAIRE**

COME NOW the Defendants, Malik Karimi, Mansoorali Karimi, Sugar Bear, Inc., Henrico MK, LLC, Synergy Petroleum, MK, LLC, Century MK, LLC, Boulevard C Store, Inc. (the "Defendants") and hereby move this Court for the utilization of Jury Questionnaires in the trial of the above matter. In support therefore, Defendants shows this honorable court the following:

1.

The indictment in this case concerns the hiring of illegal aliens. It is an area which has recently generated a good bit of commentary in the media, our government and the general population. Most people in the Northern District of Georgia, as well as else where, have been exposed to the issue either via reading the newspaper, radio, television, conversation or even personal involvement or knowledge.. Many may have already reached a conclusion or made assumptions based on the amount of

attention the issue has been given.

2.

Many communities in the Northern District of Georgia have been or are impacted by the issue of illegal immigration and employment of illegal aliens. This in addition to the amount of attention the subject matter has received, the Defendants believe, a jury questionnaire followed by individual voir dire would be the best avenue for learning the affect, if any, these factors may have on potential jurors as well as any predisposition. Moreover, having each of the jurors explain their potential bias regarding the topic and news in front of other potential jurors would merely serve to infect the other jurors who may not have those feelings thereby making the questionnaire a better method.

Wherefore, for the within and foregoing reasons, the Defendants respectfully requests that this Court:

(a)  Grant this Motion;

(b)  Authorize and direct the use of a jury questionnaire in this matter;

©    allow individual voir dire of potential jurors subsequent to review of the completed Questionnaires;

(d) Grant such other and further relief as this Court may deem just, proper and equitable under the circumstances.

Respectfully submitted,

*s/ Janice A. Singer*
JANICE A. SINGER
Georgia Bar No. 649033
Co-Counsel for Defendant Malik
Karimi, and Counsel for Synergy
Petroleum MK, LLC, and Century
MK, LLC

THOMPSON & SINGER, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277

*s/ Edward T.M. Garland*
EDWARD T.M. GARLAND
Georgia Bar No. 284900
Co-Counsel for Defendant Malik Karimi
and Counsel for Henrico MK, LLC

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225

*S/ Leeza R. Cherniak*
LEEZA R. CHERNIAK
Georgia Bar No. 123380
Co-Counsel for Defendant Mansoor
Karimi and Counsel for Boulevard
C-Store, Inc.

LAW OFFICES OF LEEZA R. CHERNIAK
1800 Peachtree Street, Suite 300
Atlanta, Georgia 30309
(404) 355-3031

(Signatures continued on following page)

*s/ Donald F. Samuel*
DONALD F. SAMUEL
Georgia Bar No. 624475
Co-Counsel for Defendant Mansoorali
Karimi and Counsel for Sugar Bear,
Inc.

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the within and foregoing MOTION FOR JURY QUESTIONNAIRE upon counsel using the ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This the 16th day of February, 2007.

/s/ Janice A. Singer
Janice A. Singer
Georgia Bar No. 649033

THOMPSON & SINGER, P.A.
3151 Maple Drive
Atlanta, Georgia 30305
(404) 262-6277