# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:04-CR-0555-RWS |
| MALIK KARIMI, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

By Order [661] entered February 12, 2007, the Court scheduled a hearing on March 13, 2007 at which the Court will hear argument concerning any outstanding motions. A number of motions remain open on the docket (e.g., motions to adopt motions of other parties, motions for extension of time) that have been resolved by various orders of the Court. In order to facilitate the March 13 hearing, counsel are **DIRECTED** to submit to the Court a list of all motions that they contend still require a ruling from the Court. This list shall be submitted to the Court not later than March 9, 2007. The Court will assume that all motions not included on a list have been previously resolved and will order that they be removed as pending motions.

**SO ORDERED** this __7th__ day of March, 2007.

_/s/ Richard W. Story_
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)