ORIGINAL 

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 1:04-CR-555-RWS |
| MALIK KARIMI | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Indictment, filed November 3, 2004, charging violation of 18 U.S.C. Section(s) 371 and 8 U.S.C. Sections 1324(a)(1)(A)(iv), 1324 (a)(1)(A)(v)(II) and 1324(1)(A)(IV) all counts are dismissed as to MALIK KARIMI and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
(404)581-6009
FAX: (404)581-6181
Georgia Bar No. 121760

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

## O R D E R

Now, to-wit, on the ___6th___ day of ___December___, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE