IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:04-CR-555-RWS |
| | : | |
| MALIK KARIMI, et al. | : | |

## MOTION FOR WITHDRAWAL AS GOVERNMENT ATTORNEY OF RECORD

Comes now the United States of America, by David E. Nahmias, United States Attorney, and Randy S. Chartash, Assistant United States Attorney for the Northern District of Georgia, and files this Motion for Withdrawal of Byung J. Pak as Government Attorney of Record as follows:

1.

Randy S. Chartash hereby moves for the withdrawal of former Assistant U.S. Attorney Byung J. Pak from the above matter because he has accepted a position with a private law firm and left the United States Attorney's Office on March 31, 2008.

2.

Assistant United States Attorney Randy S. Chartash will be the lead Government Attorney of Record and should be noticed for all pleadings.

3.

The withdrawal will not delay or interrupt the orderly operation of the court.

Wherefore, the undersigned attorney requests that this Honorable Court grant an Order to Withdraw as Government Attorney of Record in the above-styled case.

<pre>
                                Respectfully submitted,

                                DAVID E. NAHMIAS
                                UNITED STATES ATTORNEY



                                /S/RANDY S. CHARTASH
                                CHIEF, ECONOMIC CRIME SECTION
                                ASSISTANT UNITED STATES ATTORNEY

                                600 U.S. Courthouse
                                75 Spring St., S.W.
                                Atlanta, GA  30303
                                (404)581-6012
                                (404)581-6181 (Fax)

                                Georgia Bar No. 121760
</pre>

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document electronically:

All Counsel of Record

This 8th day of April, 2008.

/S/RANDY S. CHARTASH
CHIEF, ECONOMIC CRIME SECTION
ASSISTANT UNITED STATES ATTORNEY